[No. 20463-4-III.   Division Three.   September 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RALPH WIGGINS, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 113 Wn. App. 209-17, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated November 26, 2002 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 114 Wn. App. 478.